Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KELLEY DISTRIBUTING CORPORATION dba KELLEY'S PET FOOD, et al.;<br><br>　　　　Defendants. | Case No. 1:14-CV-00985-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS WENDELL W. JOHNSON and ARLOWYN L. JOHNSON ONLY; ORDER** |

　　WHEREAS, no defendant has filed an answer or motion for summary judgment;

　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby dismisses **defendants Wendell W. Johnson and Arlowyn L. Johnson, only, without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 23, 2014　　　　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Ronald Moore

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** defendants Wendell W. Johnson and Arlowyn L. Johnson, be dismissed from this action **without prejudice**.

**SO ORDERED**
**Dated: July 23, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**