Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>KELLEY DISTRIBUTING CORPORATION dba KELLEY'S PET FOOD, et al.;<br><br>    Defendants. | Case No. 1:14-CV-00985-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 13, 2014                                   MOORE LAW FIRM, P.C.


                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff
                                                        Ronald Moore

**<u>ORDER</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE